UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

In Re:  Katherine Morales Pittman          :          Case #: 05-52603

                                                  :          Chapter 13

                                                  :          Judge Hoffman Jr.

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated: September 9, 2010                          /s/ Frank M. Pees_____
                                                              Frank M. Pees
                                                              Chapter 13 Trustee

| Name and Address | Amount |
|---|---|
| Fleet Credit Card Services | $89.15 |
| 2 Commercial Pl 8th Flr | |
| Norfolk, VA  23510 | |