**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

In Re:                                                          Case No:    05-52603
KATHERINE MORALES PITTMAN
1301 OAKCREST DR APT 816                                        Judge:      John E. Hoffman Jr.
COLUMBIA, SC  292291731


SSN(S):     XXX-XX-4345


### NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.


Dated:   December 29, 2010                  /s/ Frank M. Pees
                                            _____
                                            Frank M. Pees
                                            Chapter 13 Trustee


| **Name and Address** | **Amount** |
|---|---|
| KATHERINE MORALES PITTMAN<br>1301 OAKCREST DR APT 816<br>COLUMBIA, SC  292291731 | 3.59 |